DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Tel: 866-790-2242
Fax: 888-802-2440

Attorney for PLAINTIFF:
ROSELYN HENSLEY


CATHERINE M. CORFEE (SBN: 155064)
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
Email: legalassistant@corfeestone.com

ATTORNEYS FOR ALL DEFENDANTS


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN HENSLEY, | No. 2:14-cv-01478-KJM-DAD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| vs. | |
| SYLVIA GOMEZ, dba COYOTES MEXICAN DINING, ISAAC KUBRYK, RENEE KUBRYK, and Does 1-10, | |
| Defendants. | |

All parties in this action respectfully request the Court postpone the Settlement Conference set by the Minute Order of October 29, 2014 (Dkt. 7). All parties stipulate to moving the Settlement Conference by thirty-eight (38) days from December 22, 2014. The parties stipulate to rescheduling the Settlement Conference due to a scheduling conflict with

Ms. Corfee. She will be with family for the holiday on December 22, 2014. The new requested date of the Settlement Conference is January 29, 2015 or around that time. Plaintiff agrees to changing the Settlement Conference date.

Dated: December 8, 2014                       /s/ Daniel Malakauskas
                                              Daniel Malakauskas, Esq., Attorney for Plaintiff


CORFEE STONE & ASSOCIATES


 /s/ Catherine M. Corfee
Catherine M. Corfee, Esq., Attorney for all
   Defendants

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  December 10, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
hensley1478.stip.cont.ord.docx